# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2015

Robert P. Young, Jr.,
Chief Justice

148444(66)(67)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 148444
      COA: 312308
      Oakland CC: 2012-240981-FH

RICHARD LEE HARTWICK,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motions of the Cannabis Patients United and the Michigan Medical Marijuana Association for leave to file late amicus curiae briefs are GRANTED. The amicus briefs submitted on January 12, 2015, are accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2015
_____

